CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 2797
CAMDEN, NJ 08101

OFFICIAL BUSINESS

$ 00.69

RECEIVED

JAN 14 2015

AT 8:30 _____ M
WILLIAM T. WALSH CLERK

LORNE ARMSTRONG
332 WATERVILLE ROAD
SKOWHEGAN, ME 04976

NIXIE    175  NE 1    A410801/09/15
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 08101279797    *6603-13144-09-41